# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 19, 2019

## NO. 03-18-00437-CV

**Lincoln Financial Advisors Corporation, Appellant**

**v.**

**Bridgette Ards, acting as next friend for her daughter, Gabrielle Ards, Appellee**

**APPEAL FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory order signed by the probate court on June 14, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the probate court's interlocutory order. Therefore, the Court affirms the probate court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.